FUHRMAN + DODGE S.C.
Attorneys at Law

**Attorney Ronald M. Trachtenberg**
Phone: 608-827-4519
Email: rtrachtenberg@fuhrmandodge.com

June 21, 2021

Attorney Christopher T. Van Wagner
Christopher T. Van Wagner, S. C.
110 East Main Street Suite 705
Madison WI 53703

Re: Michael Eisenga

Dear Mr. Van Wagner:

The undersigned represented Michael Eisenga and various of his entities as an attorney at Murphy Desmond S.C. regarding development of the Columbus Commerce Center and subsequently as an attorney at Fuhrman + Dodge S.C. regarding the foreclosure action by Alliant Credit Union. You have asked me to clarify two issues:

1. Tax Incremental District Payments by the City of Columbus: Starting in 2008, the City of Columbus entered into a Tax Incremental Finance Agreement initially with First American Properties and subsequently by way of assignment and amendments with Columbus Commerce Center, LLC, both entities owned and controlled by Mr. Eisenga. During or shortly after the foreclosure action by Alliant Credit Union against CCC Lot 2, LLC, the borrower-mortgagee, and Michael Eisenga, the guarantor, Columbus Commerce Center, LLC was to receive a TIF payment. Mr. Eisenga inquired of me whether he was legally obligated to pay that payment over to Alliant Credit Union or whether he could use that money for other obligations. CCC Lot 2, LLC, was not a party to the TIF Agreement and I could not find any pledge, assignment or lien document giving Alliant Credit Union any legal claim on those funds (nor has to the best of my knowledge has Alliant Credit Union ever produced such pledge, assignment or lien). Based upon that I advised Mr. Eisenga that it appeared that he was not legally obligated to pay that money over to Alliant Credit Union. Alliant Credit Union did not raise the TIF payment issue in the foreclosure action, but has now started a separate action on April 28, 2021 (in which I am not involved but which I assume is based upon equity) against the City of Columbus, Columbus Commerce Center, LLC and Michael Eisenga, presumably on the TIF issue, at least prospectively for future TIF payments. The City of Columbus has filed a motion to dismiss which is scheduled for July 26, 2021.
2. The Bankruptcy Filing: Before and during the Alliant Credit Union foreclosure action, Michael Eisenga attempted to enter into a work-out or abatement agreement with Alliant Credit Union. That did not come to fruition. In order to have additional time to try to sell or lease the property to maximize the value of the property, and to minimize any loan deficiency, we recommended to Mr. Eisenga that he consider a Chapter 11(reorganization) bankruptcy. It was not done in any attempt for discharge of the Mr. Eisenga's personal



(DEF. EXHIBIT 1)

guarantee as it was assumed that the debt to Alliant Credit Union and the related guarantee were non-dischargeable.

Very Truly Yours,

FUHRMAN & DODGE, S.C.

Ronald M. Trachtenberg
*Attorney at Law*

(DEF EXHIBIT 1)