## GERGEN, GERGEN & PRETTO, S.C.
### Attorneys at Law
105 Front Street
PO Box 453
Beaver Dam, WI 53916

**WILLIAM H. GERGEN**
**DAWN P. GERGEN**
Court Commissioner
**ROBERT A. PRETTO**

PHONE: (920) 887-0371
Fax: (920) 887-2398

HENRY G. GERGEN, JR.
(1917-1993)

April 17, 2023

Hon. William M. Conley
United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

*Re:* *United States of America vs. Michael Eisenga/City of Columbus Garnishment 20-cr-137-wmc*

Your Honor:

Mr. Eisenga is in receipt of the government's motion, and is seeking competent federal criminal representation. Attorney Van Wagner is unavailable due to a number of issues. Counsel Michael seeks to retain is out of town until Thursday. Mr. Eisenga respectfully requests that the court delay action on the government's request until he can obtain counsel to appropriately and quickly respond.

Sincerely,

GERGEN, GERGEN & PRETTO, S.C.

William H. Gergen

WHG:mjg
cc: Mr. Michael Eisenga