AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cr-137-wmc |
| Michael Eisenga ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Eisenga.

Date: 05/04/2023

s/ Electronically signed by Matthew M. Fernholz
*Attorney's signature*

Matthew M. Fernholz, SBN: 1065765
*Printed name and bar number*
Cramer, Multhauf & Hammes, LLP
1601 E. Racine Avenue, Ste. 200
Waukesha, WI 53186

*Address*

mmf@cmhlaw.com
*E-mail address*

(262) 542-4278
*Telephone number*

(262) 542-4270
*FAX number*